# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                     Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO. DNCW5:14CV101** |
| | ) | **(Financial Litigation Unit)** |
| | ) | |
| RYAN BENESOWITZ, | ) | |
|                     Defendant, | ) | |
| and | ) | |
| | ) | |
| CRG WORKFORCE, INC., | ) | |
|                     Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

The United States obtained a judgment against the Defendant, Ryan Benesowitz, on September 15, 2014, (Doc. No. 10) in the amount of $44,423.20. Subsequently, the United States sought to garnish the Defendant's wages. On September 27, 2019, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 15) to the Garnishee, CRG Workforce, Inc. The United States is entitled to a wage garnishment of up to twenty-five percent of the Defendant's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The Defendant was served with the Writ on October 12, 2019, and the Garnishee was served on October 2, 2019. The Garnishee filed an Answer on October 9, 2019, (Doc. No. 19) stating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby ENTERED in the amount of $45,068.05 computed through September 15, 2019. The Garnishee will pay the United States up to twenty-five percent of the Defendant's net earnings which remain after all deductions required by law have been withheld and one hundred percent of all 1099

payments, and the Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this Court.

Payments should be made payable to the United States Department of Justice and mailed to:

U. S. Department of Justice
Nationwide Central Intake Facility
Post Office Box 790363
St. Louis, Missouri 63179-0363

In order to ensure that each payment is credited properly, the following should be included on each check: DNCW5:14CV101.

**IT IS FURTHER ORDERED** that the Garnishee will advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

Signed: November 25, 2019

David C. Keesler
United States Magistrate Judge