IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:14-CV-101-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| RYAN BENESOWITZ, | )<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| CRG WORKFORCE, INC., | )<br>) |
| Garnishee. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion for Dismissal of Order of Continuing Garnishment" (Document No. 23) filed July 14, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Court has reviewed the motion, which notes that "Defendant is no longer employed by the Garnishee." (Document No. 23, p. 1).

**IT IS THEREFORE ORDERED** that the United States' "Motion for Dismissal of Order of Continuing Garnishment" (Document No. 23) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 21) filed in this case against Defendant is **DISMISSED**.

**SO ORDERED.**

Signed: July 14, 2021

David C. Keesler
United States Magistrate Judge